RECEIVED
IN CLERK'S OFFICE
FEB 2 9 2016
U.S. DISTRICT COURT
MID. DIST. TENN.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

Palmer jr, Christopher )
(Name) )
# 422657 , )
(Prison Id. No.) )
)
_____ , )
(Name) )
_____ , )
(Prison Id. No.) )
)
Plaintiff(s) )
)
v. )
)
Lincoln County Sheriffs, Dept. )
(Name) )
_____ , )
(Name) )
)
Defendant(s) )

(List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.)

Civil Action No. _____
(To be assigned by the Clerk's Office. Do not write in this space.)

JURY TRIAL REQUESTED ✓ YES \_\_\_ NO

(List the names of all defendants against whom you are filing this lawsuit. Do you use "et al." Attach additional sheets if necessary.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS FILED
PURSUANT TO 42 U.S.C. § 1983

I. PARTIES TO THIS LAWSUIT

A. Plaintiff(s) bringing this lawsuit:

1. Name of the first plaintiff: Palmer, Christopher
   Prison I.D. No. of the first plaintiff: #422657
   Address of the first plaintiff: 1045 Horsehead Rd
   Pikeville, TN 37367

   Status of Plaintiff: CONVICTED (✓)   PRETRIAL DETAINEE (\_\_\_)

2. Name of the second plaintiff: _____
   Prison I.D. No. of the second plaintiff: _____
   Address of the second plaintiff: _____

   Status of Plaintiff: CONVICTED (\_\_\_)   PRETRIAL DETAINEE (\_\_\_)

Revised 11/2014

*(Include the name of the institution and mailing address with zip code for each plaintiff. If any plaintiff changes his or her address, he or she must notify the Court immediately. If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.)*

    B. Defendant(s) against whom this lawsuit is being brought:

        1. Name of the first defendant: "Sheriff Murry Blackwielder" Lincoln County Sheriffs Dept.
           Place of employment of the first defendant: Lincoln County Sheriffs Dept.
           First defendant's address: 4151 Thorton Taylor Pkwy Fayetteville, TN 37334

           Named in official capacity?   ✓ Yes   ___ No
           Named in individual capacity?  ___ Yes   ✓ No

        2. Name of the second defendant: Shannon Bostic
           Place of employment of the second defendant: Lincoln County Sheriffs Dept.
           Second defendant's address: 4151 Thorton Taylor Pkwy Fayetteville, TN 37334

           Named in official capacity?   ✓ Yes   ___ No
           Named in individual capacity?  ___ Yes   ✓ No

*(If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, his or her place of employment, address, and the capacity in which you are suing that defendant. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide each defendant's proper name, place of employment, and address, the Clerk will be unable to serve that defendant should process issue.)*

II.    **JURISDICTION**

    A. Jurisdiction is asserted pursuant to 42 U.S.C. § 1983 (applies to state prisoners). Jurisdiction is also invoked pursuant to 28 U.S.C. § 1343(a)(3).

       If you wish to assert jurisdiction under different or additional statutes, you may list them below:

Defendants against whom this lawsuit is being brought.

I. B. 3) Name: Doug Boeringer
Place of Employment: Lincoln County Sheriffs Dept
Defendants Address: 4151 Thorton Taylor Pkwy
Fayetteville, TN 37334

4) Joyce McConnel
Place of Employment: Lincoln County Sheriffs Dept.
Defendants Address: 4151 Thorton Taylor Pkwy
Fayetteville, TN 37334

5) Mike Hill
Place of Employment: Lincoln County Sheriffs Dept.
Defendants Address: 4151 Thorton Taylor Pkwy
Fayetteville, TN 37334

6) Mike Pitts
Place of Employment: Lincoln County Sheriffs Dept.
Defendants Address: 4151 Thorton Taylor Pkwy
Fayetteville, TN 37334

7) Jeff Bradford
Place of Employment: Lincoln County Sheriffs Dept
Defendants Address: 4151 Thorton Taylor Pkwy
Fayetteville, TN 37334

8) Vicki Alison
Place of Employment: Lincoln County Sheriffs Dept.
Defendants Address: 4151 Thorton Taylor Pkwy
Fayetteville, TN 37334

9) David Ford
   Place of Employment: Lincoln County Sheriff Dept.
   Defendants Address: 4151 Thorton Taylor Pkwy
                       Fayetteville, TN 37334

10) Chris Thorton
    Place of Employment: Lincoln County Sheriffs Dept.
    Defendants Address: 4151 Thorton Taylor Pkwy
                        Fayetteville, TN 37334

III. **PREVIOUS LAWSUITS** (The following information must be provided by each plaintiff.)

  A. Have you or any of the other plaintiffs in this lawsuit filed any other lawsuit(s) in the United States District Court for the Middle District of Tennessee, or in any other federal or state court?   ___Yes   ✓No

  B. If you checked the box marked "Yes" above, provide the following information:

    1. Parties to the previous lawsuit:

       Plaintiffs   N/A

       Defendants   N/A

    2. In what court did you file the previous lawsuit?   N/A

       (If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.)

    3. What was the case number of the previous lawsuit?   N/A

    4. What was the Judge's name to whom the case was assigned?   N/A

    5. What type of case was it (for example, habeas corpus or civil rights action)?
       N/A

    6. When did you file the previous lawsuit? (Provide the year, if you do not know the exact date.)   N/A

    7. What was the result of the previous lawsuit? For example, was the case dismissed or appealed, or is it still pending?   N/A

    8. When was the previous lawsuit decided by the court? (Provide the year, if you do not know the exact date.)   N/A

    9. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit?   ___Yes   ___No

  *(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)*

IV. **EXHAUSTION**

A. Are the facts of your lawsuit related to your present confinement?

___Yes    /No

B. If you checked the box marked "No" in question III.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain. _____
Lincoln County Jail

C. Do the facts of your lawsuit relate to your confinement in a Tennessee state prison?

/Yes ~~No~~

*(If you checked the box marked "No," proceed to question IV.G. If you checked the box marked "Yes," proceed to question IV.D.)*

D. Have you presented these facts to the prison authorities through the state grievance procedure?    ___Yes    /No

E. If you checked the box marked "Yes" in question III.D above:

   1. What steps did you take? _____

   2. What was the response of prison authorities? _____

F. If you checked the box marked "No" in question IV.D above, explain why not. _____
These said actions took place in the County Jail. And the grievance procedure is for incidents within the TDOC system.

G. Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?    /Yes    ___No

H. If "Yes" to the question above, have you presented these facts to the authorities who operate the detention facility?    ___Yes    /No

I. If you checked the box marked "Yes" in question III.H above:

   1. What steps did you take? _____

2. What was the response of the authorities who run the detention facility? _____
_____
_____

J. If you checked the box marked "No" in question IV.H above, explain why not. The following day we were shipped to T.D.O.C.. We were not allowed any writing material or anything at all.
_____

## V. CAUSE OF ACTION

Briefly explain which of your constitutional rights were violated:

Failure to provide necessites, and my right to be free from cruel and unusual punishment. / Grubbs vs Bradley, 552 F.supp. 1052, 1119-1124 (M.D. Tenn.1982)

## VI. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ inch x 11 inch paper. Write on one side only, and leave a 1-inch margin on all 4 sides.

On Dec. 10th at approximately 11:00 A.M. in cell block 210, which is part of the new facility, Sgt. Vicki Alisov and Correctional officer Tony Hill were conducting lunch in cell block 210. All the inmates lined up as usual and feeding began. After 7 inmates received their food, Sgt. Vicki Alisov and c/o Hill proceeded to exit. The 7 inmates who received their food take no precedence over the other 24 inmates within the unit, nor are they inmate workers. After Sgt. Alisov and c/o Hill completed lunch in the other units and did not return to feed the remaining inmates, I Christopher Palmer jr. asked on the intercom system if we were going to receive our lunch. She replied per Sheriff Murry Blackwielder, we were not going to receive lunch. At that point one inmate got up and began to throw wet toilet paper at the control tower window (Jacob Scott) The water was soon after shut off and minutes later the Sheriff came across the intercom system demanding everyone "get on the floor face down or I'll use tear gas". All inmates complied. At that point various officers from several diffrent divisions including

**VII. RELIEF REQUESTED:** State exactly what you want the Court to order each defendant to do for you.

For Sheriff Muarry Blackwielder to resign as Sheriff. For there to be diversity within the ranks of the Sheriffs Dept. A public apposly by all of the said defendants and for them to resign aswell.

I request a jury trial.   ✓ Yes   ___ No

**VIII. CERTIFICATION**

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: [signed]   Date: _____
Prison Id. No.: 422657
Address (Include the city, state and zip code.): 1045 Horsehead Rd Pikeville, TN 37367

Signature: _____   Date: _____
Prison Id. No. _____
Address (Include the city, state and zip code.): _____

**ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT**, and provide the information requested above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

**ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**, if not paying the civil filing fee.

**SUBMIT THE COMPLAINT AND (1) THE REQUIRED FILING FEE OR (2) COMPLETED APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES AND COSTS TOGETHER.** Complaints received without the required filing fee or application to proceed without prepayment of fees will be returned. Filing fees and applications to proceed without prepayment of fees submitted without a complaint will be returned.